UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GREER,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC. dba KAY JEWELERS,<br><br>    Defendant. | Case No. 1:18-cv-00480-LJO-SKO<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(Doc. 6)** |

The Court is in receipt of the parties' "Stipulation Extending Time to Respond to Complaint." (Doc. 6.) Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant Sterling Jewelers, Inc. dba Kay Jewelers' responsive pleading was due April 13, 2018, the same day on which it filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date. However, given the parties' representations that they are "actively engaged in discussions regarding sending this dispute back to Defendant's Alternative Dispute Resolution Program,

culminating in binding arbitration" (*see* Doc. 6 ¶ 3), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that Defendant is granted an extension of time, up to and including April 20, 2018, to file its responsive pleading.

IT IS SO ORDERED.

Dated: **April 16, 2018**                            /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

-2-
ORDER APPROVING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT